[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
**8/25/2016**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**RECEIVED**
AUG 18 2016
8-18-16
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Janet Cee Freeman
Thomas Gregory Freeman,

Plaintiff(s),

vs.

Cook County Sheriff
Thomas Dart,

Defendant(s).

1:16-cv-08187
Judge Robert M. Dow, Jr
Magistrate Judge Sheila M. Finnegan

### COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is __Janet Cee Freeman__.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, _____, is
   (name, badge number if known)

   ☐ an officer or official employed by __Cook County Sheriff's Deptm__ ;
   (department or agency of government)

   _____ or

   ☐ an individual not employed by a governmental entity.

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is _____. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about __8/16/16__, at approximately __1:00__ ☐ a.m. ☒ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of __Roselle__
   _____, in the County of __Cook__,
   State of Illinois, at __617 Cumberland Trail unit AA1__,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☒ searched plaintiff or his property without a warrant and without reasonable cause;
   ☒ used excessive force upon plaintiff;
   ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☒ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other: I was violated, my rights were violated, I was spoken to abusively, I was forced to leave my home and my property. I was NOT given proper Documentation or served a serch warrent to leave my home, forced out in the street.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

My Rights were violated as I was kicked out my home.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**):_____

_____

_____

_____.

8. Plaintiff was charged with one or more crimes, specifically:

I was told I was being Evicted from my home. No proper documents such as: The Order of Possession to remove me was Given. No Search warrent was Given. No Eviction Documents. I showed officers my Court documents how the Case # and case was thrown out. The said Get out now.

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____.

☐ Other: _____.

___

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

Case: 1:16-cv-08187 Document #: 7 Filed: 08/25/16 Page 4 of 5 PageID #:22

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

I was at home August 16, 2016 approximately 1:00pm working on buisness when I recieved a loud knock at my front door at 617 Cumberland Trail unit AA1, Roselle, Illinois 60172 I looked out peep hole to see several Sheriff(4) with a large device that forces entry inside. So I opened my door to address these officers and was asked if I was Toni Smith, I said NO - they asked who I was I said my name is Janet Freeman at which time the officer pushed their way inside and told me I needed to get out I'm being evicted! I told them I had court documents about this matter & a court date on 8/30/16. They said I must leave right now or be arrested

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

I was violated my rights were violated I was not allowed to protect my home, my property inside. I was throw on my home into the streets with only my night clothes on my back. I was embassed as my neighbors looked on - I was not allowed to retrieve ony prupty

13. Plaintiff asks that the case be tried by a jury. ☐ Yes  ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:16-cv-08187 Document #: 7 Filed: 08/25/16 Page 5 of 5 PageID #:23

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Janet Freeman*

Plaintiff's name *(print clearly or type)*: Janet Freeman

Plaintiff's mailing address: 617 Cumberland Trail Unit AA1

City: Roselle    State: Illinois    ZIP: 60172

Plaintiff's telephone number: 630 203-7529

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

15. Plaintiff has previously filed a case in this district.  ☐ Yes  ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]